# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KYLE BRANDON, ADC # 127207            PLAINTIFF

v.          3:16CV00032-DPM-JJV

BLAINE CAGLE, Jail Guard,
Greene County Detention Center; *et al.*        DEFENDANTS

## ORDER

Based on review of Plaintiff's Complaint (Doc. No. 2), the Court concludes that service is appropriate for Defendants Blaine Cagle, Allison Huckabee, and Zack Crocker. The Clerk shall prepare Summons for these Defendants and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), and this Order on them without prepayment of fees and costs or security therefore. Service for all Defendants should be through the Greene County Detention Center, 1809 North Rocking Chair Road, Paragould, AR 72450.

DATED this 17th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE