# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KYLE BRANDON**
**ADC #127207**                                                        **PLAINTIFF**

**v.**                          **No. 3:16-cv-32-DPM-JJV**

**BLAINE CAGLE, Jail Guard, Greene County**
**Detention Center; ALLISON HUCKABEE,**
**Jail Administrator, GCDC; ZACK CROCKER,**
**Shift Sergeant Guard, GCDC; and TIGER**
**COMMISSARY, Representative over food**
**at the jail**                                                     **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b)

(1983 addition to advisory committee notes). Brandon's claims against Tiger

Commissary are dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____4 April 2016_____